FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Martin Velasco<br><br>DEFENDANT(S). | CASE NUMBER<br><br>12-mj-2078<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __August 30__, __2012__, at __2:00__ ☐a.m. / ☑p.m. before the Honorable __Eick__, in Courtroom __34/1__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/29/12__

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                    Page 1 of 1