FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| **PLAINTIFF** | 12 - M J - 2078 |
| v. | |
| Martin Velasco | **ORDER OF TEMPORARY DETENTION** |
| **DEFENDANT(S).** | **PENDING HEARING PURSUANT** |
| | **TO BAIL REFORM ACT** |

Upon motion of _____Defendant_____ , IT IS ORDERED that a detention hearing
is set for _____Aug 31_____ , _____ , at _2:00_ ☐a.m. / ☑p.m. before the
Honorable _____Rick_____ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/30/12_

_____
U.S. District Judge/Magistrate Judge